# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARNIK SARGYAN,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-07564-JLT-EPG-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 28, 2026, Respondent filed a motion to dismiss. (ECF No. 7.)

Accordingly, the Court HEREBY ORDERS that:

1. Within **FOURTEEN (14) days** of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition.
2. Any reply to an opposition to the motion to dismiss SHALL be filed within **SEVEN (7) days** after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated: **September 29, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE